1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ELLEN BARNEY,                      )  NO. CV 10-06830-SS
                                       )
12             Plaintiff,              )
                                       )
13         v.                          )        **JUDGMENT**
                                       )
14  ANTHEM BLUE CROSS LIFE AND         )
    HEALTH INSURANCE COMPANY,          )
15                                     )
               Defendant.              )
16  _____)

17

18       Pursuant to Plaintiff's "Acceptance of Defendant's Rule 68 Offer

19  of Judgment," filed with the Court on April 7, 2011,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.  Judgment is entered in favor of Plaintiff and against

23  Defendant on all claims in the amount of $17,500.00.

24

25  DATED: April 8, 2011.

26                                          _____/S/_____
                                            SUZANNE H. SEGAL
27                                          UNITED STATES MAGISTRATE JUDGE

28